USA

vs.

George Sylvester Frink, Jr.

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 NOV 22 P 12: 43

Criminal No. JFM-13-0617

CLERK'S OFFICE
AT BALTIMORE
Government Exhibits

BY_____DEPUTY

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 4 | 11/21/13 | | Receipt from Staples |
| 5 | 11/21/13 | | Picture entering Store |
| 6 | 11/21/13 | | Apt. contract |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)